# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-01732 SJO (JCx) | Date | November 20, 2017 |
| Title | Anthony Rothwell v. Old Dominion Freight Line, Inc. | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Connie Lee | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Meghan Elisabeth George | Michael Edward Olsen |

**Proceedings:** MANDATORY SCHEDULING CONFERENCE

Matter called.

The Court sets the following schedule:

| | |
|---|---|
| Jury Trial: | Wednesday, October 10, 2018 @ 9:00 a.m. |
| Pretrial Conference: | Monday, October 1, 2018 @ 9:00 a.m. |
| Motion Cutoff: | Monday, August 6, 2018 @ 10:00 a.m. |
| Discovery Cutoff: | Tuesday, July 10, 2018 |
| Last Date to Amend: | Wednesday, December 20, 2017. |

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.    All Jury Instructions, agreed and opposed;
2.    Verdict Forms;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-01732 SJO (JCx) | Date | Novembe 20, 2017 |
|---|---|---|---|
| Title | Anthony Rothwell v. Old Dominion Freight Line, Inc. | | |

3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

cc: ADR Coordinator

|  | : | 0/09 |
|---|---|---|
|  | Initials of Preparer | CL |